IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| MARK HAYASHI,<br><br>      Plaintiff,<br><br>  vs.<br><br>TRAVELERS CASUALTY<br>INSURANCE COMPANY OF<br>AMERICA,<br><br>          Defendant. | CV 20-111-BLG-TJC<br><br><br>**ORDER** |

Before the Court is Defendant Travelers' Notice withdrawing its Motion to Reconsider. (Doc. 32.) Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider (Doc. 28) is **DENIED as MOOT**.

DATED this 17th day of December, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge