IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK HAYASHI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CV 20-111-BLG-TJC<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Withdraw his Motion to Compel Defendant to Comply with Fed. R. Civ. P. 26(f), indicating that the parties have resolved the issues pertaining to the motion. (Doc. 34.) Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (Doc. 19) is **DENIED as MOOT**.

DATED this 27th day of December, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge